**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy        12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Larry** First name **J** Middle name **Matlock** Last name and Suffix (Sr., Jr., II, III) | **Ladonna** First name **F** Middle name **Matlock** Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | | **Donna Matlock** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6096** | **xxx-xx-5665** |

| | |
|---|---|
| Debtor 1 | **Larry J Matlock** |
| Debtor 2 | **Ladonna F Matlock** |

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br>EINs<br>_____ | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br>EINs<br>_____ |
| **5. Where you live** | **1225 E Lake Rd**<br>**Springdale, AR 72762**<br>Number, Street, City, State & ZIP Code<br><br>**Washington**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

| Debtor 1 | **Larry J Matlock** | | |
|---|---|---|---|
| Debtor 2 | **Ladonna F Matlock** | Case number *(if known)* | |

---

**Part 2:** Tell the Court About Your Bankruptcy Case

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11. Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Larry J Matlock** | |
|---|---|---|
| Debtor 2 | **Ladonna F Matlock** | Case number *(if known)* |

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.  Go to Part 4.

☑ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**Arkansas Rebate Realty**
Name of business, if any

**f/k/a Matlock Real Estate Services**
**1225 E Lake Rd**
**Springdale, AR 72762**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No.  I am not filing under Chapter 11.
☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

---

Debtor 1   **Larry J Matlock**
Debtor 2   **Ladonna F Matlock**

Case number *(if known)* _____

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Larry J Matlock**
Debtor 2    **Ladonna F Matlock**                                      Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Larry J Matlock**                                      **/s/ Ladonna F Matlock**
**Larry J Matlock**                                         **Ladonna F Matlock**
Signature of Debtor 1                                      Signature of Debtor 2

Executed on   **December 14, 2017**          Executed on   **December 14, 2017**
              MM / DD / YYYY                                MM / DD / YYYY

Debtor 1    **Larry J Matlock**
Debtor 2    **Ladonna F Matlock**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Todd F. Hertzberg**                          Date    **December 14, 2017**
Signature of Attorney for Debtor                           MM / DD / YYYY

**Todd F. Hertzberg 2008268**
Printed name

**Hertzberg Law Firm of Arkansas, P.A.**
Firm name

**4285 N. Shiloh Dr.,**
**Suite 108**
**Fayetteville, AR 72703**
Number, Street, City, State & ZIP Code

Contact phone    **479-422-7775**              Email address    **toddhertzberg@yahoo.com**

**2008268**
Bar number & State

---

Equifax
PO Box 9701
Allen, TX 75013


Experian
PO Box 4500
Allen, TX 75013


Trans Union
PO Box 2000
Chester, PA 19022


Abacus CPAs (fka Dunton)
1835 Republic Rd, Ste 200
Springfield, MO 65804


Advance Pest Control
PO Box 1884
Springdale, AR 72765


Advanced Dermatology
1444 E Stearns, Ste 11
Fayetteville, AR 72703


AFNI
PO Box 3517
Bloomington, IL 61702


Air Control Corp
2114 Dime Dr
Springdale, AR 72764


AJ Discount Storage
4206 Elm Springs Rd
Springdale, AR 72762


Allied Interstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231


Ally
PO Box 380902
Minneapolis, MN 55438

American Express
PO Box 981535
El Paso, TX 79998


American Express
c/o Zwicker & Assoc.
80 Minuteman Rd
Andover, MA 01810


American Express
c/o Hood & Stacy
216 N Main St
Bentonville, AR 72712


American Express
c/o Zwicker & Assoc
80 Minuteman Rd
Andover, MA 01810


American Express
c/o James West
6380 Rogerdale Rd, Ste 130
Houston, TX 77072


American Express Travel
PO Box 981540
El Paso, TX 79998


American Honda Finance Corp
National Bankruptcy Center
PO Box 168088
Irving, TX 75016


Amsher Collection Services
600 Beacon Pkwy, Ste 300
Birmingham, AL 35209


AOL GPO
PO Box 65101
Sterling, VA 20165


AOL Member Services
PO Box 65110
Sterling, VA 20165

```
APAC Arkansas
Arkhola Div
PO Box 1627
Fort Smith, AR 72902


APAC Arkansas
McClinton Anchor Div
PO Box 1367
Fayetteville, AR 72702


Apex Financial Mgmt
1120 W Lake Cook Rd, Ste A
Buffalo Grove, IL 60089


AR Dept of Finance & Admin
PO Box 3493
Little Rock, AR 72203


Arkansas Insulation
PO Box 582
Springdale, AR 72765


Associated Recovery
PO Box 469046
Escondido, CA 92046


Bank of America
PO Box 26249
Tampa, FL 33625


Bank of America
PO Box 15026
Wilmington, DE 19850


Bank of America
PO Box 1570
Wilmington, DE 19886


Bank of America
PO Box 15220
Wilmington, DE 19886
```

```
Bank of America
c/o P. Scott Lowery P.C.
4500 Cherry Creek Dr S,Ste 700
Denver, CO 80246


Bank of America
c/o Firsel Law Group
PO Box 1599
Lombard, IL 60148


Bank of the Ozarks
PO Box 196
Ozark, AR 72949


Bank of the Ozarks
c/o Stephen Cobb
PO Box 2457
Little Rock, AR 72203


Boral Bricks
320 N Bloomington, St A
Lowell, AR 72745


Bradco Supply
418 S Bloomington St
Lowell, AR 72745


Cach LLC
PO Box 5980
Littleton, CO 80127


Capital One
PO Box 30285
Salt Lake City, UT 84130


Carpenter Construction Inc.
c/o Tad Carpenter
301 Steppes Ct
Weatherford, TX 76087


Cavalry Portfolio
PO Box 520
Valhalla, NY 10595
```

Cavalry SPV II, LLC
500 Summit Lake Dr, Ste 400
Valhalla, NY 10595


CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613


Centurylink
PO Box 4300
Carol Stream, IL 60197


Centurylink
c/o Robinson, Reagan et al
260 Cumberland Bend
Nashville, TN 37228


Chase
PO Box 15298
Wilmington, DE 19850


Chev's Trucking
650 Ford Ln
Lowell, AR 72745


Chexsystems
Attn: Consumer Relations
7805 Hudson Rd, Ste 100
Saint Paul, MN 55125


Citi Cards
PO Box 6500
Sioux Falls, SD 57117


Citibank
PO Box 6500
Sioux Falls, SD 57117


CME Oil & Gas
c/o Carpenter Construction
301 Steppes Ct
Weatherford, TX 76087

CME Quality Homes
c/o Carpenter Construction
301 Steppes Ct
Weatherford, TX 76087


Collins Custom Cabinets
515 N Old Wire Rd
Lowell, AR 72745


Convergent Outsourcing
PO Box 9004
Renton, WA 98057


Convergent Outsourcing
PO Box 9021
Renton, WA 98057


Cox Communications
6305 Peachtree Dunwoody Rd NE
Atlanta, GA 30328


Credit Control
245 E Roselawn, Ste 25
Saint Paul, MN 55117


Creditors Financial Group
PO Box 440290
Aurora, CO 80044


Danbury Mint
47 Richards Ave
Norwalk, CT 06857


Discover Bank
PO Box 30943
Salt Lake City, UT 84130


Discover Bank
c/o Southern, Allen, Withrow
PO Box 17248
Little Rock, AR 72222

Discover Bank
c/o Eltman, Eltman & Cooper
140 Broadway, 26th Floor
New York, NY 10005


Dunton & Assoc (now Abacus)
1835 E Republic Rd, Ste 200
Springfield, MO 65804


Dynamic Recovery
PO Box 25759
Greenville, SC 29616


Encore Receivables Mgmt
PO Box 3330
Olathe, KS 66063


Ernest & Margaret Downum
6791 E Downum Rd
Springdale, AR 72762


Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438


First Collection Services
10925 Otter Creek Rd E
Mabelvale, AR 72103


First National Bank of Rogers
c/o G. Nicholas Arnold
224 S 2nd St
Rogers, AR 72756


First National Bank of Rogers
Div of First Nat'l Bank Ft Smi
PO Box 7
Fort Smith, AR 72902


Foster's Roofing
3375 Wagon Wheel Rd
Springdale, AR 72762

```
GE Money Bank
c/o Stephen Lamb
PO Box 1027
Beebe, AR 72012


GE Money Bank (American Eagle)
Bankruptcy Dept
PO Box 103104


GE Money Bank (Care Credit)
PO Box 981127
El Paso, TX 79998


GE Money Bank (Sams)
PO Box 981064
El Paso, TX 79998


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


JC Christensen & Assoc
PO Box 519
Sauk Rapids, MN 56379


John & Yvonne Carpenter
1595 W County Line Rd
Springdale, AR 72762


Kimbel Plumbing
9310 E Wagon Wheel Rd
Springdale, AR 72762


Kohls
PO Box 3043
Milwaukee, WI 53201


Liberty Bank of Arkansas
c/o Jay Williams
100 W Main St
Gentry, AR 72734
```

Liberty Bank of Arkansas
c/o Williams Law Firm
100 W Main St
Gentry, AR 72734


Liberty Bank of Arkansas
Now Centennial Bank
PO Box 966
Conway, AR 72033


MBI
47 Richards Ave
Norwalk, CT 06857


Meadowbrook Dev LLC
c/o Carpenter Construction
301 Steppes Ct
Weatherford, TX 76087


Mid America Accounts
PO Box 790
Joplin, MO 64802


Midland Credit Mgmt
2365 Northside Dr, Ste 300
San Diego, CA 92108


Mr. Cooper
PO Box 619094
Dallas, TX 75261


National Creditors Connection
14 Orchard Rd, Ste 200
Lake Forest, CA 92630


National Enterprise Sys
29125 Solon Rd
Solon, OH 44139


National Home Centers
c/o Donnie Rutledge
Lisle law Firm
1458 Plaza Pl, Ste 101
Springdale, AR 72764

Nationwide Credit
2002 Summit Blvd, Ste 600
Atlanta, GA 30319


Nationwide Credit
2015 Vaughn Rd NW, Ste 400
Kennesaw, GA 30144


NCO
4740 Baxter Rd
Virginia Beach, VA 23462


NCO
507 Prudential Rd
Horsham, PA 19044


Northland Group
PO Box 390846
Minneapolis, MN 55439


Northstar Location Svcs
4285 Genesee St
Buffalo, NY 14225


Paragon Way
c/o Allied Interstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231


Pinnacle Finance
c/o Hood & Stacy, P.A.
216 N Main St
Bentonville, AR 72712


Pinnacle Finance
9915 E Bell Rd, Ste 120
Scottsdale, AZ 85260


Pinnacle Finance
c/o Hood & Stacy
216 N Main
Bentonville, AR 72712

Precision Recovery
c/o The McHughes Law Firm
PO Box 2180
Little Rock, AR 72201


Precision Recovery
c/o National Enterprise Sys
29125 Solon Rd
Solon, OH 44139


Proactiv Solution
PO Box 361448
Des Moines, IA 50336


Redline Recovery
11675 Rainwater Dr, Ste 350
Alpharetta, GA 30009


Resurgent Capital
PO Box 19034
Greenville, SC 29602


Sears
PO Box 6282
Sioux Falls, SD 57117


Sentry Credit
2809 Grand Ave
Everett, WA 98201


Shiloh Christian School
1707 Johnson Rd
Springdale, AR 72762


Southern Collection
PO Box 25006
Little Rock, AR 72221


Southwest Credit
4120 International Pkwy
Ste 1100
Carrollton, TX 75007

Stellar Recovery
PO Box 48370
Jacksonville, FL 32247


Stellar Recovery Inc
1327 Highway 2 W
Ste 100
Kalispell, MT 59901


Stoneleigh Recovery
PO Box 1479
Lombard, IL 60148


Synchrony Bank (Sams)
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896


Tad & Tracy Carpenter
301 Steppes Ct
Weatherford, TX 76087


TADS Tuition Aid Data Services
800 Washington Ave N, Ste 671
Minneapolis, MN 55401


Tate & Kirlin Assoc
2810 Southampton Rd
Philadelphia, PA 19154


Two State Sod
16153 US Hwy 271
Spiro, OK 74959


United Recovery Systems
5800 N Course Dr
Houston, TX 77072


Universal Fidelity
PO Box 941911
Houston, TX 77094

```
University of Arkansas
Treasurer's Office
214 Arkansas Union
Fayetteville, AR 72701


Vantage Sourcing
328 Ross Clark Circle
Dothan, AL 36303


Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920


Vision Financial
PO Box 800
Purchase, NY 10577


Vision Financial Corp
PO Box 460260
Saint Louis, MO 63146


Washington County Circuit Cour
CV10-1690-2
280 N College, Ste 302
Fayetteville, AR 72701


Washington County Circuit Cour
CV 12-961-2/CV-11-370-7
280 N College, Ste 302
Fayetteville, AR 72701


Washington County Circuit Cour
CV-2009-707-6
280 N College, Ste 302
Fayetteville, AR 72701


Washington County Circuit Cour
CIV-2009-1987-2
280 N College, Ste 302
Fayetteville, AR 72701


Washington County Circuit Cour
CV-11-370-7
280 N College, Ste 302
Fayetteville, AR 72701
```

```
Washington Regional Legal Coll
PO Box 1887
Fayetteville, AR 72702


Washington Regional Medical Ct
3215 N Northhills Blvd
Fayetteville, AR 72703
```